JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BIEL, <br><br> Plaintiff, <br><br> v. <br><br> BLOOMINGDALE'S, INC., <br><br> Defendant. | Case No. 8:15-CV-01810 JLS (DFMx) <br><br><br> **FINAL JUDGMENT** |

On June 23, 2016, this Court granted Defendant Bloomingdale, Inc.'s Motion for Summary Judgment. (Order, Doc. 40.) Judgment is therefore entered in favor of Defendant as to all of Plaintiff Sean Biel's claims in this action, and Defendant is entitled to recover its costs in this action.

DATED: July 8, 2016

_____
Hon. Josephine Staton
United States District Judge